IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAOSITHA DENG, | |
| *Plaintiff*, | Case No. 8:16-cv-00028-JFB-TDT |
| v. | |
| TRANSAM TRUCKING, INC., *et al.* | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| *Defendants*. | |

This matter having come before the Court upon the Joint Stipulation of Dismissal with Prejudice (Doc # 27) of Plaintiff Saositha Deng and Defendants TransAm Trucking, Inc. and Todd Boring, by and through their respective attorneys, to dismiss the Complaint with prejudice and; each party to pay their own costs and attorney fees and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Complaint in this matter is dismissed with prejudice and each party to pay their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2016.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge